# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### EASTERN DIVISION

**EUGENE HORNE**                                                                                          **PLAINTIFF**

**v.**                                                                              **CAUSE NO. 2:19CV51-KS-MTP**

**ANDREW SAUL,[1]**
**Commissioner of Social Security**                                                                       **DEFENDANT**

## FINAL JUDGMENT

This action having been remanded to Defendant Andrew Saul, the Commissioner of Social Security, for further administrative action pursuant to sentence four of 42 U.S.C. § 405(g), the Court finds that a final judgment under Fed. R. Civ. P. 58 should be entered. Accordingly,

IT IS, THEREFORE, ORDERED AND ADJUDGED that the final decision of the Commissioner is **REVERSED AND REMANDED TO THE COMMISSIONER**. This action is hereby dismissed.

**SO ORDERED AND ADJUDGED** on this the __1st___ day of October, 2019.

                                            ___s/Keith Starrett_____
                                            Keith Starrett
                                            U.S. DISTRICT JUDGE

---

[1] Andrew Saul is now the Commissioner of the Social Security Administration and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d). *See also* section 205(g) of the Social Security Act, 42 U.S.C. § 405(g) (action survives regardless of any change in the person occupying the office of the Commissioner of Social Security).